August 8, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SATYA, INC., GOPAL P. BATHIJA, AMEEN M. ALI, AND SATYA GROUP
II, LTD., Appellants

NO. 14-12-00965-CV                              V.

VIKRAM MEHTA, Appellee

_____

This cause, an appeal from an order signed October 2, 2012 denying the motion to compel arbitration filed by defendants Satya, Inc., Gopal P. Bathija, Ameen M. Ali, and Satya Group II, Ltd., was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the ruling of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. Specifically, we instruct the trial court to (a) grant the motion to compel arbitration of Mehta's claims against all remaining defendants related to Satya Group II, Ltd.; (b) stay further proceedings concerning those claims; (c) determine whether Mehta's claims related to Satya Group II, Ltd. are severable from his claims concerning the Westheimer Project; and (d) stay the claims concerning the Westheimer Project if those claims are not severable from the claims related to Satya Group II, Ltd.

We further order that all costs incurred by reason of this appeal be paid by appellee Vikram Mehta.

We further order this decision certified below for observance.